## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOY LUCRETIA CLARK, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-7122** |
| | : | |
| CAROLINE AZZARELLI, *et al.* | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of June, 2026, upon consideration of Plaintiff Joy Lucretia Clark's Amended Complaint (Doc. No. 15), and for the reasons provided in the accompanying Memorandum, it is **ORDERED** that:

1.    The claims brought under the Rehabilitation Act are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2.    The claims brought under Pennsylvania state laws are **DISMISSED WITHOUT PREJUDICE**[1] for lack of subject matter jurisdiction.

3.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**

---

[1] To the extent Ms. Clark believe she has viable claims under Pennsylvania law, this order and the accompanying memorandum, do not limit her ability to raise those claims in Pennsylvania state courts. The Court makes no determination on the merits of any of Clark's state law claims in this order or accompanying memorandum.